PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER TERMINATION FROM SUPERVISION

| | |
|---|---|
| **Offender Name:** | Karisma HARRIS |
| **Docket Number:** | 2:02CR00029-01 |
| **Offender Address:** | Rancho Cordova, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 07/26/2002 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS C FELONY) |
| **Original Sentence:** | 5 years Probation; $49,653.60 restitution; $100 special assessment |
| **Special Conditions:** | Warrantless search; Not dissipate assets; Financial disclosure and restrictions; Substance abuse testing; Mental health treatment; Co-payment for treatment or testing services |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 07/26/2002 |
| **Assistant U.S. Attorney:** | Norman Wong  **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Jeff Staniels  **Telephone:** (916) 498-5700<br>Assistant Federal Defender |

**Other Court Action:**

<u>04/13/2004</u>:   Prob 12A1 Petition filed reporting irregular fine/ restitution payments and dissipating assets without prior approval from Court. Restitution payments increased and probationer required to keep record of monthly expenses and submit to probation officer on a monthly basis. No further action taken.

**RE:   Karisma HARRIS**
**Docket Number:   2:02CR00029-01**
**REPORT OF OFFENDER TERMINATION FROM SUPERVISION**

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of the following:

The probationer has been unable to establish and maintain a payment schedule to ensure full collection of restitution prior to expiration of supervision, and has an outstanding balance of $44,913.60.  Throughout the period of supervision, the probationer's economic circumstances have been monitored for changes that might affect her ability to pay restitution.  When appropriate, the payment schedule has been modified to ensure required payments are commensurate with the probationer's financial ability.  Her income and assets have been limited and thus, she has made nominal monthly payments, and sometimes had to skip months due to financial difficulties.  Although the probationer has not always kept the probation officer apprised of her financial status, it is believed she has made a good-faith effort in making regular restitution payments and living within her means.

**United States Probation Officer Plan/Justification:**  Based on the continued collection efforts of the United States Attorney's Financial Litigation Unit, it is the probation officer's recommendation the case be allowed to expire as scheduled on July 25, 2007.  It should be noted the maximum term of Probation per statute for a Class C Felony is 5 years.  Therefore, no additional term of supervision is authorized in this case.

RE:     **Karisma HARRIS**
        **Docket Number:   2:02CR00029-01**
        **REPORT OF OFFENDER TERMINATION FROM SUPERVISION**


Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**
Telephone:  (916) 786-5271

**DATED:**   June 7, 2007
             Roseville, California
             lvc:cd


**REVIEWED BY:**        /s/ Richard A. Ertola
                 **RICHARD A. ERTOLA**
                 **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

**Dated:  June 8, 2007**

/s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**
**United States District Judge**

**RE:    Karisma HARRIS**
       **Docket Number:   2:02CR00029-01**
       **REPORT OF OFFENDER TERMINATION FROM SUPERVISION**


cc:    United States Probation
       Norman, Assistant United States Attorney
       Jeff Staniels, Assistant Federal Defender